OFFICE OF THE CIRCUIT CLERK OF MONONGALIA COUNTY



JEAN FRIEND, CIRCUIT CLERK
75 HIGH STREET, SUITE 12
MORGANTOWN WV 26505
Telephone: 304-291-7240
Fax: 304-291-7273

17th Judicial Circuit

**Judge Phillip D. Gaujot**
**Judge Susan B. Tucker**
**Judge Russell M. Clawges, Jr.**

20th Family Court

**Judge Patricia Tolle-Hill**
**Judge Randal Minor**

August 10, 2020

Cheryl Dean Riley
United States District Court
Post Office Box 2857
Clarksburg, WV 26301

IN RE:  Norma Bissett
        Vs.
        Dick's Sporting Goods, Inc.
        Civil Action No.  20-C-177

Dear Ms. Riley:

Enclosed please find copies of all pleadings filed in the above styled civil action that are being forwarded to you since this action has been removed to your Court.

Please contact this office if we can be of any further assistance in this matter.

Very truly yours,

Jean Friend
Circuit Clerk of Monongalia County

Enclosures

syt

CASE#: **20-C-177**                              Sub Code:                    Date Opened: 06/18/2020
                                                                              Date Printed: 08/10/2020

JUDGE: PHILLIP D. GAUJOT

Plaintiff:        **NORMA BISSETT**

vs

Defendant:        **DICK'S SPORTING GOODS INC**

                                                    FILED

                                                    AUG 1 2 2020

Pro Attorney:    KEITH GOULD                        U.S. DISTRICT COURT-WVND
                                                    CLARKSBURG, WV 26301

Def Attorney:    BRIAN S. KANE

| Page | Date | Memorandum | Account# | Earned | Collected | Balance |
|---|---|---|---|---|---|---|
| 1 | 06/18/2020 | Complaint & c/s Pl's 1st Set of Combined Discovery Requests to Def | | 200.00 | 200.00 | .00 |
| 2 | 06/18/2020 | Additional clerk fee | | 5.00 | 5.00 | .00 |
| 3 | 06/18/2020 | Process issued - Sec of State | | 20.00 | .00 | 20.00 |
| 4 | 07/06/2020 | S/S accepted service on behalf of Dick's Sporting Goods, Inc. on 6/26/20 | | .00 | .00 | .00 |
| 5 | 07/06/2020 | | | .00 | .00 | .00 |
| 6 | 07/27/2020 | Praecipe for Entry of Appearance (Brian Kane for def) | | .00 | .00 | .00 |
| 7 | 08/03/2020 | Stipulation for Extension of Time (responsive pleadings/response to | | .00 | .00 | .00 |
| 8 | 08/03/2020 | discovery by 8/31/20) | NotCollected | .00 | .00 | .00 |
| 9 | 08/10/2020 | Notice of Filing of Notice of Removal | | .00 | .00 | .00 |
| 10 | 08/10/2020 | REMOVED TO FEDERAL COURT | | .00 | .00 | .00 |
| | | **Totals** | | **225.00** | **205.00** | **20.00** |

1: 20 cv 54

CIVIL CASE INFORMATION STATEMENT
CIVIL CASES

IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA
=================================================================

I.     CASE STYLE


NORMA BISSETT,

        Plaintiff,                       CASE #: 20-C-177

                                         JUDGE: _____PDG_____
v.

DICK'S SPORTING GOODS, INC.,

        Defendant.


|   |   | Days to Answer | Type of Service |
|---|---|---|---|
| 1. | DICK'S SPORTING GOODS, INC.<br>c/o Tanya Allen<br>345 Court Street<br>Coraopolis, PA  15108 | 30 | WV Secretary of State |


FILED

JUN 1 8 2020

JEAN FRIEND, CLERK


Original and 3 copies of Complaint furnished herewith.

| PLAINTIFF:  Norma Bissett | CASE NUMBER:  20-C-_____ |
|---|---|
| DEFENDANTS:  Dick's Sporting Goods, Inc. | |

II.    TYPE OF CASE:

| TORTS | OTHER | CIVIL |
|---|---|---|
| Asbestos | Adoption | Appeal from Magistrate Case |
| Professional Malpractice | Contract | Petition for Modification of Magistrate Sentence |
| _X_ Personal Injury | Real Property | Miscellaneous Civil |
| Product Liability | Mental Health | Other |
| Other Tort | Appeal for Administrative Agency | |

III.    JURY DEMAND    _X_ YES    __NO

CASE WILL BE READY FOR TRIAL BY (month/year): June 2021

IV.    DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE
REQUIRE SPECIAL ACCOMMODATIONS DUE TO A DISABILITY OR AGE?
__YES    _X_ NO    IF YES, PLEASE SPECIFY:

_____ Wheelchair accessible hearing room and other facilities
_____ Interpreter or other auxiliary aid for the hearing impaired
_____ Reader or other auxiliary aid for the visually impaired
_____ Spokesperson or other auxiliary aid for the speech impaired
_____ Other: _____

Attorney Name:    T. Keith Gould (7166)    Representing:
The Miley Legal Group, PLLC    _X_ Plaintiff __ Defendant
229 West Main Street, Suite 400
Clarksburg, WV  26301
(304) 326-1800

Signature: _T. Keith Gould_

Date: _6-10-20_

IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA

NORMA BISSETT,

        Plaintiff,

v.                        \ \      Civil Action No.: 20-C-_177

DICK'S SPORTING GOODS, INC.

        Defendant.

## COMPLAINT

1.      The Plaintiff is a resident of Monongalia County, West Virginia, and has been so at all times relevant to this Complaint.

2.      Defendant, Dick's Sporting Goods, Inc., is a foreign corporation, organized pursuant to the laws of the Commonwealth of Pennsylvania, that is authorized to do business in the State of West Virginia.

3.      The Defendant regularly conducts business in the state of West Virginia and specifically in Monongalia County, West Virginia. The Defendant owns and maintains a large retail store located at 596 Giant Street, Granville, Monongalia County, West Virginia, which is the site of the events described in this Complaint.

4.      Venue is proper in the Circuit Court of Monongalia County, West Virginia, pursuant to W.Va. Code § 56-1-1(a)(1) based upon the fact that the subject incident occurred in Monongalia County, West Virginia.

5.      Jurisdiction is proper in in the Circuit Court of Monongalia County, West Virginia, pursuant to W.Va. Code § 51-2-2(b) as the value of Plaintiff's claims exceed the

FILED

JUN 1 8 2020

current jurisdictional minimum of $7,500.00, exclusive of interest. Jurisdiction is further established as to this Defendant in the Circuit Court of Monongalia County, West Virginia, pursuant to West Virginia Code 56-3-33(a)(3).

6.    On August 14, 2018, the Plaintiff went to the Defendant's Granville location as a retail customer.

7.    Specifically, the Plaintiff went to the shoe department, as she was interested in purchasing work shoes appropriate for her work as a special needs aid with Monongalia County Schools.

8.    Unbeknownst to the Plaintiff, the Defendant had placed a running treadmill between or near the aisles of the shoe department such that the very low, darkly colored and barely visible end of the machine projected into the walkway.

9.    As the Plaintiff rounded the aisle or navigated the walkway, her foot caught on the portion of the treadmill described above, causing her to fall and to violently strike her knee on the floor, which caused a severe and permanent knee injury.

10.    The Defendant owes a duty to its customers, including the Plaintiff, to maintain the store premises in a reasonably safe condition, free of hidden or hard to detect hazards.

11.    The Defendant negligently failed to maintain its premises in a reasonably safe condition by, among other things, placing a trip hazard in an awkward position beneath a customer's vision in an area of the store where an ordinary customer would not expect such a machine to be located.

12.    The Defendant's negligence proximately caused or contributed to the Plaintiff's fall and permanent injuries.

**WHEREFORE**, the Plaintiffs seek relief from the Defendant as follows:

a.    Compensatory damages for past and future medical expenses, loss of household services and other such damages in an amount to be determined by the jury upon proper proof presented at trial;

b.    General damages, past and future, for pain, suffering, permanent injury, loss of enjoyment of life, emotional distress, and other such damages in an amount to be determined by the jury upon proper proof presented at trial;

c.    Prejudgment and post-judgment interest;

d.    Costs, expenses and attorneys' fees; and,

e.    Any other such relief, available at law or in equity, that is deemed appropriate as this matter matures for trial.

**THE PLAINTIFF DEMANDS A JURY TRIAL**

Dated this 10th day of June 2020

Plaintiff, by Counsel,

T. Keith Gould (Bar No.: 7166)
The Miley Legal Group, PLLC
229 West Main Street, Suite 400
Clarksburg, WV 26301

IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA

NORMA BISSETT,

                Plaintiff,

v.                                  Civil Action No.: 20-C-____
                                  Honorable _____

DICK'S SPORTING GOODS, INC.,

                Defendant.

## CERTIFICATE OF SERVICE

I, T. Keith Gould, do hereby certify that, on the _10th_ day of June 2020, I served the foregoing **Plaintiff's First Set of Combined Discovery Requests to Defendant** with Plaintiff's Complaint as follows:

Monongalia County Circuit Clerk
Monongalia County Courthouse
75 High Street, Suite 12
Morgantown, WV  26505

_T. Keith Gould_
T. Keith Gould (Bar I.D. No.: 7166)

FILED

JUN 1 8 2020

JEAN FRIEND, CLERK

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Mac Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

Jean Friend
Monongalia County Courthouse
75 HIGH STREET, SUITE 12
Morgantown, WV 26505-5427

| | | | |
|---|---|---|---|
| **Control Number:** 259098 | | **Agent:** TANYA ALLEN |
| **Defendant:** DICK'S SPORTING GOODS, INC. | | **County:** Monongalia |
| 345 COURT STREET | | **Civil Action:** 20-C-177 |
| CORAOPOLIS, PA 15108 US | | **Certified Number:** 92148901125134100002727496 |
| | | **Service Date:** 6/26/2020 |

I am enclosing:

**1 discovery, 1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your corporation as your attorney-in-fact.  Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office***.

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State

F I L E D

JUL – 6 2020

JEAN FRIEND, CLERK

SUMMONS

IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA

=================================================================

NORMA BISSETT,

        Plaintiff,

v.

DICK'S SPORTING GOODS, INC.,

        Defendant.

CASE #: 20-C-177

JUDGE: _____

To the above-named Defendant, DICK'S SPORTING GOODS, C/O TANYA ALLEN, 345 COURT STREET, CORAOPOLIS, PA 15108:

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby Summoned and required to serve upon, T. Keith Gould, plaintiff's attorney, whose address is 229 West Main Street, Suite 400, Clarksburg, West Virginia, 26301, an answer including any related counterclaim you may have to the Complaint filed against you in the above styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer to the Complaint within thirty (30) days after service of this summons upon you, exclusive of the day of service. You are also required to serve your answer to the combined discovery requests within forty-five (45) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above styled civil action.

Dated: June 18, 2020

Jean Freund
Clerk of Court

By Susan Trowbridge

FOR RETURN

IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WV

| | | |
|---|---|---|
| NORMA BISSETT, | ) | CIVIL ACTION NO. 20-C-177 |
| | ) | |
| Plaintiff | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| | ) | |
| DICK'S SPORTING GOODS, INC., | ) | |
| | ) | |
| Defendant | ) | |

## PRAECIPE FOR ENTRY OF APPEARANCE

TO THE CLERK:

  Kindly enter the appearance of BRIAN S. KANE and BURNS WHITE LLC as counsel

of record for Dick's Sporting Goods, Inc., Defendant in the above-captioned matter.

    BURNS WHITE LLC

    BY _____

      Brian S. Kane (WV # 6443)

    48 26th Street
    Pittsburgh, PA  15222
    Direct:  412-995-3276
    E-mail:  bskane@burnswhite.com

    Counsel for Defendant

F I L E D

JUL 2 7 2020

JEAN FRIEND, CLERK

IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WV

NORMA BISSETT,                    )        CIVIL ACTION NO. 20-C-177
                                  )
                Plaintiff         )
                                  )        **JURY TRIAL DEMANDED**
        v.                        )
                                  )
DICK'S SPORTING GOODS, INC.,      )
                                  )
                Defendant         )

## STIPULATION FOR EXTENSION OF TIME

AND NOW, come the parties, by and through their attorneys, and file the following Stipulation:

1.    Plaintiff initiated this action seeking to recover damages allegedly sustained following an accident at the Dick's located in Grantville, West Virginia.

2.    The parties hereby agree and stipulate that the responsive pleadings and responses to initial discovery are to be filed no later than August 31, 2020.

The Miley Legal Group, PLLC                    BURNS WHITE LLC

BY _____                   BY _____
        T. Keith Gould                                 Brian S. Kane
**Counsel for Plaintiff**                      **Counsel for Defendant**

FILED

AUG -- 2 2020

IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WV

NORMA BISSETT,                          )      CIVIL ACTION NO. 20-C-177
                                        )
                    Plaintiff           )
                                        )      **JURY TRIAL DEMANDED**
        v.                              )
                                        )
DICK'S SPORTING GOODS, INC.,            )
                                        )
                    Defendant           )

## NOTICE OF FILING OF NOTICE OF REMOVAL

AND NOW comes, Defendant, Dick's Sporting Goods, Inc., by and through its attorneys,

Burns White LLC, and states that a Notice of Removal has been filed with the United States

District Court for the Northern District of West Virginia pursuant to 28 U.S.C. § 1441, *et seq.*.  A

true and correct electronically time-stamped copy of the Notice of Removal is attached hereto as

Exhibit "A."

BURNS WHITE LLC

BY _____
        Brian S. Kane (WV # 6443)

48 26th Street
Pittsburgh, PA  15222
Direct:  412-995-3276
E-mail:  bskane@burnswhite.com

Counsel for Defendant

**F I L E D**

AUG 1 0 2020

JEAN FRIEND, CLERK

ELECTRONICALLY
FILED
Aug 05 2020
U.S. DISTRICT COURT
Northern District of WV

IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| NORMA BISSETT, | ) | NO.    1:20-CV-154 (Kleeh) |
| | ) | |
| Plaintiff | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| | ) | |
| DICK'S SPORTING GOODS, INC., | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF REMOVAL

AND NOW comes, Defendant, Dick's Sporting Goods, Inc., by and through its attorneys,

Burns White LLC, and files this Notice of Removal pursuant to 28 U.S.C. § 1441, *et seq.*

Defendant submits that the United States District Court for the Northern District of West

Virginia, has original diversity jurisdiction over this civil action and this action may be removed

to the District Court in accordance with the procedures provided at 28 U.S.C. § 1446.  In further

support of this Notice of Removal, Defendant states as follows:

1.      Plaintiff initiated this action through the filing of a Complaint in the Circuit Court

of Monongalia County, West Virginia on or about June 18, 2020.  A copy of the Complaint is

attached hereto as Exhibit A.

2.      Defendant, Dick's Sporting Goods, Inc., was served with a copy of the Complaint

or about July 8, 2020.

3.      A Stipulation for Extension of Time to respond to the Complaint and a Praecipe

for Entry of Appearance were filed on behalf of Defendant Dick's Sporting Goods, Inc.  A copy

of these filings are attached hereto and marked as Exhibits B and C and constitute all of the

pleadings that were filed in the state court action.

**EXHIBIT**

A

4.      Plaintiff is an adult individual and a resident of Monongalia County, West Virginia.

5.      Defendant Dick's Sporting Goods, Inc. is a Delaware corporation with its principal place of business in Pennsylvania.

6.      Dick's Sporting Goods, Inc. is not a West Virginia corporation, nor does Dick's Sporting Goods, Inc. have its principal place of business in West Virginia.

7.      As Plaintiff is a citizen of West Virginia and Defendant is citizen of Delaware, there exists complete diversity of citizenship between the parties.

8.      Plaintiff is claiming various categories of damages associated with the personal injury including past and future medical expenses and non-economic damages and as pled meets the requirement that the controversy exceeds the jurisdictional limit of $75,000 exclusive of interest and costs.

9.      As pled, this claim involves citizens of different states and the amount in controversy exceeds the jurisdictional threshold.

10.      Defendant submits that this matter may be removed to the United States District for the Northern District of West Virginia pursuant to 28 U.S.C. § 1441, which permits removal of any civil action for which the District Courts have original jurisdiction.

WHEREFORE, Defendant, Dick's Sporting Goods, Inc., hereby removes this civil action to the United States District for the Northern District of West Virginia pursuant to 28 U.S.C. § 1441.

BURNS WHITE LLC

BY_____

Brian S. Kane (WV # 6443)

48 26th Street
Pittsburgh, PA  15222
Direct:  412-995-3276
E-mail:  bskane@burnswhite.com

Counsel for Defendant

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the within Notice of Removal was forwarded by electronic mail on August 5, 2020 to counsel of record as follows:

**E-mail:  mlg@mileylegal.com**
T. Keith Gould, Esquire
The Miley Legal Group, PLLC
229 West Main Street, Suite 400
Clarksburg, WV  26301
*Counsel for Plaintiff*

Brian S. Kane

# EXHIBIT A

## SUMMONS

## IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA

==================================================================

NORMA BISSETT,

      Plaintiff,

CASE #: 20-C-177

JUDGE: _____

v.

DICK'S SPORTING GOODS, INC.,

      Defendant.

To the above-named Defendant, DICK'S SPORTING GOODS, C/O TANYA ALLEN, 345 COURT STREET, CORAOPOLIS, PA 15108:

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby Summoned and required to serve upon, T. Keith Gould, plaintiff's attorney, whose address is 229 West Main Street, Suite 400, Clarksburg, West Virginia, 26301, an answer including any related counterclaim you may have to the Complaint filed against you in the above styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer to the Complaint within thirty (30) days after service of this summons upon you, exclusive of the day of service. You are also required to serve your answer to the combined discovery requests within forty-five (45) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above styled civil action.

Dated: June 18, 2020

Jean Friend

Clerk of Court

By: Susan Trowbridge

CIVIL CASE INFORMATION STATEMENT
CIVIL CASES

IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA
=================================================================

I.     CASE STYLE


NORMA BISSETT,

                        CASE #: 20·C-177

      Plaintiff,

                        JUDGE: _____

v.

DICK'S SPORTING GOODS, INC.,

      Defendant.


| | | Days to Answer | Type of Service |
|---|---|---|---|
| 1. | DICK'S SPORTING GOODS, INC.<br>c/o Tanya Allen<br>345 Court Street<br>Coraopolis, PA  15108 | 30 | WV Secretary of State |


Original and 3 copies of Complaint furnished herewith.

| PLAINTIFF:  Norma Bissett | CASE NUMBER:  20-C-_____ |
|---|---|
| DEFENDANTS:  Dick's Sporting Goods, Inc. | |

II.    TYPE OF CASE:

| TORTS | OTHER | CIVIL |
|---|---|---|
| Asbestos | Adoption | Appeal from Magistrate Case |
| Professional Malpractice | Contract | Petition for Modification of Magistrate Sentence |
| _X_ Personal Injury | Real Property | Miscellaneous Civil |
| Product Liability | Mental Health | Other |
| Other Tort | Appeal for Administrative Agency | |

III.    JURY DEMAND      _X_ YES              __NO

CASE WILL BE READY FOR TRIAL BY (month/year): _June 2021_____

IV.    DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE
REQUIRE SPECIAL ACCOMMODATIONS DUE TO A DISABILITY OR AGE?
__YES        _X_ NO   IF YES, PLEASE SPECIFY:

_____ Wheelchair accessible hearing room and other facilities
_____ Interpreter or other auxiliary aid for the hearing impaired
_____ Reader or other auxiliary aid for the visually impaired
_____ Spokesperson or other auxiliary aid for the speech impaired
_____ Other: _____

Attorney Name:    T. Keith Gould (7166)        Representing:
                  The Miley Legal Group, PLLC      _X_ Plaintiff __ Defendant
                  229 West Main Street, Suite 400
                  Clarksburg, WV  26301
                  (304) 326-1800

Signature: _T. Keith Gould_

Date: _6-10-20_

IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA

NORMA BISSETT,

          Plaintiff,

v.                    \\         Civil Action No.: 20-C-_177

DICK'S SPORTING GOODS, INC.

          Defendant.

## COMPLAINT

1.     The Plaintiff is a resident of Monongalia County, West Virginia, and has been so at all times relevant to this Complaint.

2.     Defendant, Dick's Sporting Goods, Inc., is a foreign corporation, organized pursuant to the laws of the Commonwealth of Pennsylvania, that is authorized to do business in the State of West Virginia.

3.     The Defendant regularly conducts business in the state of West Virginia and specifically in Monongalia County, West Virginia. The Defendant owns and maintains a large retail store located at 596 Giant Street, Granville, Monongalia County, West Virginia, which is the site of the events described in this Complaint.

4.     Venue is proper in the Circuit Court of Monongalia County, West Virginia, pursuant to W.Va. Code § 56-1-1(a)(1) based upon the fact that the subject incident occurred in Monongalia County, West Virginia.

5.     Jurisdiction is proper in in the Circuit Court of Monongalia County, West Virginia, pursuant to W.Va. Code § 51-2-2(b) as the value of Plaintiff's claims exceed the

current jurisdictional minimum of $7,500.00, exclusive of interest. Jurisdiction is further established as to this Defendant in the Circuit Court of Monongalia County, West Virginia, pursuant to West Virginia Code 56-3-33(a)(3).

6.      On August 14, 2018, the Plaintiff went to the Defendant's Granville location as a retail customer.

7.      Specifically, the Plaintiff went to the shoe department, as she was interested in purchasing work shoes appropriate for her work as a special needs aid with Monongalia County Schools.

8.      Unbeknownst to the Plaintiff, the Defendant had placed a running treadmill between or near the aisles of the shoe department such that the very low, darkly colored and barely visible end of the machine projected into the walkway.

9.      As the Plaintiff rounded the aisle or navigated the walkway, her foot caught on the portion of the treadmill described above, causing her to fall and to violently strike her knee on the floor, which caused a severe and permanent knee injury.

10.     The Defendant owes a duty to its customers, including the Plaintiff, to maintain the store premises in a reasonably safe condition, free of hidden or hard to detect hazards.

11.     The Defendant negligently failed to maintain its premises in a reasonably safe condition by, among other things, placing a trip hazard in an awkward position beneath a customer's vision in an area of the store where an ordinary customer would not expect such a machine to be located.

12.     The Defendant's negligence proximately caused or contributed to the Plaintiff's fall and permanent injuries.

WHEREFORE, the Plaintiffs seek relief from the Defendant as follows:

a.     Compensatory damages for past and future medical expenses, loss of household services and other such damages in an amount to be determined by the jury upon proper proof presented at trial;

b.     General damages, past and future, for pain, suffering, permanent injury, loss of enjoyment of life, emotional distress, and other such damages in an amount to be determined by the jury upon proper proof presented at trial;

c.     Prejudgment and post-judgment interest;

d.     Costs, expenses and attorneys' fees; and,

e.     Any other such relief, available at law or in equity, that is deemed appropriate as this matter matures for trial.

## THE PLAINTIFF DEMANDS A JURY TRIAL

Dated this 10th day of June 2020

Plaintiff, by Counsel,

T. Keith Gould (Bar No.: 7166)
The Miley Legal Group, PLLC
229 West Main Street, Suite 400
Clarksburg, WV 26301

# EXHIBIT B

IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WV

NORMA BISSETT,                           )        CIVIL ACTION NO. 20-C-177
                                         )
                    Plaintiff            )
                                         )        **JURY TRIAL DEMANDED**
        v.                               )
                                         )
DICK'S SPORTING GOODS, INC.,             )
                                         )
                    Defendant            )

## STIPULATION FOR EXTENSION OF TIME

        AND NOW, come the parties, by and through their attorneys, and file the following

Stipulation:

        1.      Plaintiff initiated this action seeking to recover damages allegedly sustained

following an accident at the Dick's located in Grantville, West Virginia.

        2.      The parties hereby agree and stipulate that the responsive pleadings and responses

to initial discovery are to be filed no later than August 31, 2020.

The Miley Legal Group, PLLC                      BURNS WHITE LLC

BY _____                       BY _____
        T. Keith Gould                                   Brian S. Kane
**Counsel for Plaintiff**                        **Counsel for Defendant**

ORIGINAL DOCUMENT FILED
WITH CIRCUIT CLERK
8-3-2020

# EXHIBIT C

IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WV

NORMA BISSETT,                              )        CIVIL ACTION NO. 20-C-177
                                            )
                        Plaintiff           )
                                            )        **JURY TRIAL DEMANDED**
        v.                                  )
                                            )
DICK'S SPORTING GOODS, INC.,                )
                                            )
                        Defendant           )

## PRAECIPE FOR ENTRY OF APPEARANCE

TO THE CLERK:

        Kindly enter the appearance of BRIAN S. KANE and BURNS WHITE LLC as counsel

of record for Dick's Sporting Goods, Inc., Defendant in the above-captioned matter.

                        BURNS WHITE LLC

                        BY _____
                              Brian S. Kane (WV # 6443)

                        48 26th Street
                        Pittsburgh, PA 15222
                        Direct:  412-995-3276
                        E-mail:  bskane@burnswhite.com

                        Counsel for Defendant

ORIGINAL DOCUMENT FILED
WITH CIRCUIT CLERK
7-27-2020

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the within Notice of Filing of Notice of Removal was forwarded by electronic mail on August 6, 2020 to counsel of record as follows:

**E-mail:  mlg@mileylegal.com**
T. Keith Gould, Esquire
The Miley Legal Group, PLLC
229 West Main Street, Suite 400
Clarksburg, WV  26301
*Counsel for Plaintiff*

Brian S. Kane

STATE OF WEST VIRGINIA

COUNTY OF MONONGALIA, TO-WIT:


I, Jean Friend, Clerk of the Circuit Court of Monongalia County, State aforesaid, hereby certify that the foregoing are copies of the original papers filed, and a complete record of the proceedings had in the within action


**NORMA BISSETT**

**vs.**          **Civil Action No.  20-C-177**

**DICK'S SPORTING GOODS, INC.**

lately pending in said Circuit Court.

Given under my hand and the seal of said Circuit Court on this 10th day of August, 2020.

Circuit Clerk of Monongalia Co., WV