```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
                      CLARKSBURG
```

**NORMA BISSETT,**

    **Plaintiff,**

**v.**                                   **CIVIL ACTION NO. 1:20cv154**
                                                      **(KLEEH)**

**DICK'S SPORTING GOODS, INC.,**

    **Defendant.**

## ORDER ADOPTING STIPULATION [DKT. NO. 13] AND DISMISSING CASE

Pursuant to the stipulation of dismissal filed on April 19, 2021 [Dkt. No. 13], the Court **ADOPTS** the stipulation and this matter is **DISMISSED with prejudice**, each party bearing its own costs and fees.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

**DATED:** April 23, 2021

                                                               /s/ Thomas S. Kleeh
                                                               THOMAS S. KLEEH
                                                               UNITED STATES DISTRICT JUDGE